UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVEREST INDEMNITY INSURANCE COMPANY<br><br>                    Plaintiff,<br><br>  v.<br><br>DAEIL RO<br><br>                    Defendant | No. 2:16-cv-01170-RSL<br><br>NOTICE OF APPEARANCE FOR PLAINTIFF |

TO:         All parties

AND TO:    Their attorneys of record

      YOU, AND EACH OF YOU, will please take notice that plaintiff Everest Indemnity Insurance Company hereby enters its appearance through the undersigned attorney of record, and that the service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be made on said plaintiff by serving the undersigned attorney at the address below stated.

/ /

/ /

/ /

/ /

/ /

/ /

NOTICE OF APPEARANCE - 1

*James T Derrig*
*Attorney At Law PLLC*
14419 Greenwood Ave North, Suite A-372
Seattle, WA 98133
(206) 414-7228

DATED this 12th day of August 2016.

JAMES T. DERRIG
ATTORNEY AT LAW PLLC

*James T Derrig*

_____
James T. Derrig, WSBA 13471
Attorney for Everest
14419 Greenwood Ave N.
Suite A-372
Seattle, WA 98133
eservice.derriglaw@me.com
Ph: 206-414-7228
Fax: 1-866-867-1093

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2016 he caused a true and correct copy of the document to which this certificate is attached to be served on Charles K. Davis, defendant's counsel of record in this matter by placing a copy in the U.S. mail, postage prepaid, addressed to counsel's address of record.

Dated this 12th day of August 2016.

JAMES T. DERRIG
ATTORNEY AT LAW PLLC

*James T Derrig*

_____
James T. Derrig, WSBA 13471
Attorney for plaintiff

NOTICE OF APPEARANCE - 2